

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00201-CR

**MICHAEL CURTIS EVANS,**

                                     **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                     **Appellee**

---

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2008-1670-C2

---

## MEMORANDUM OPINION

---

Michael Curtis Evans has filed a motion to dismiss this appeal and a motion for early issuance of mandate. *See* TEX. R. APP. P. 18.1(c), 42.2(a). We have not issued a decision in this appeal. Evans personally signed the motion to dismiss. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.* 42.2(a). Accordingly, the motion to dismiss is granted.

Rule 18.1(a) establishes the usual date for issuance of this Court's mandate. *Id.* 18.1(a). "The mandate may be issued earlier if the parties so agree, or for good cause on

the motion of a party." *Id.* 18.1(c). Evans explains that he wishes for the mandate to issue immediately to hasten his transfer from county jail to prison. The State has not filed a response. Accordingly, the motion for early issuance of mandate is granted.

The appeal is dismissed. The Court's mandate will issue contemporaneously with the opinion and judgment. No motion for rehearing will be entertained.

FELIPE REYNA
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed April 28, 2010
Do not publish
[CR25]